## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re: Patricia Bell** | **Case No. 09-21733 asd** |
| **Debtor** | **Chapter 7 Proceedings** |
| | **28 May 2010** |

___

## NOTICE OF WITHDRAWAL re:
## MOTION TO RE-OPEN BANKRUPTCY CASE

The Debtor, Patricia Bell, herein withdraws her pending prayer to re-open the above-titled bankruptcy case.

Respectfully Submitted,

05/28/10

*/s/ Zenas Zelotes, Esq.*

_____
Zenas Zelotes, Esq. // Fed. Bar No. ct23001
Zenas Zelotes LLC // P.O. Box 1052 // Norwich CT 06360
T (860) 449-0710 // F: (866) 475-6785 // E: ez4uBK@Gmail.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **In re: Patricia Bell** | **Case No. 09-21733 asd** |
| **Debtor** | **Chapter 7 Proceedings** |
| | **28 May 2010** |

---

**CERTIFICATION OF SERVICE**

I hereby certify that on or before 05/28/10, a copy of the foregoing NOTICE OF WITHDRAWAL was served upon the following:

Patricia Bell
*Debtor*
225 North Street
New Britain CT 06051
*Via First Class Mail*

Mathew Rousseau
*Debtor's Attorney*
49 Main Street
Sturbridge MA 01566
*Via Electronic Notice of Filing: Mrousseau@mrlawllp.net*
        and
Elizabeth J. Austin on behalf of Matthew Rousseau: *eaustin@pullcom.com*

Bonnie Mangan
*Trustee*
1050 Sullivan Avenue, Suite A3
South Windsor CT 06074
*Via Electronic Notice of Filing: TrusteeMangan@Yahoo.com*

U.S. Trustee
*Office of the U.S. Trustee*
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*Via Electronic Notice of Filing:* USTPRegion02.NH.ECF@USDJ.GOV

28 May 2010

*/s/ Zenas Zelotes, Esq.*

_____
Zenas Zelotes, Esq. // Fed. Bar No. ct23001
Zenas Zelotes LLC // P.O. Box 1052 // Norwich CT 06360
T (860) 449-0710 // F: (866) 475-6785 // E: ZenasZelotes@Gmail.com